# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RITA PESCI,**

    **Plaintiff,**

v.                                                         Case No. 8:05-cv-562-T-30MAP

**MARTIN H. SCHWEITZER C.P.A., P.A.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

The Court has been advised by Magistrate Judge Mark Pizzo that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 8, 2005.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-562.dismissal.wpd